UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE WILLIAMS,<br><br>          Plaintiff,<br><br>    v.<br><br>CDCR MEDICAL, et al.,<br><br>          Defendants. | Case No. 1:20-cv-00807-JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>45-DAY DEADLINE |

      Plaintiff has not paid the $400 filing fee for this action or applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, Plaintiff SHALL, within 45 days of the date of service of this order, submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $400 filing fee. No requests for extension will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **June 13, 2020**                       **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE